**Copyrights-In-Suit for IP Address 72.23.172.75**

**ISP:** Armstrong Cable Services
**Location:** Medina, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 05/23/2013 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/15/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 10/01/2013 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 04/17/2014 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 04/25/2014 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 05/23/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 07/23/2013 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 10/09/2013 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 10/09/2013 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 10/10/2013 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 05/23/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/09/2013 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 04/17/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 10/31/2013 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 05/22/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 04/25/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/09/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 10/09/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/07/2014 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 05/23/2013 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 08/08/2013 |

EXHIBIT B

NOH16

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 02/10/2014 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 02/04/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/22/2013 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 10/09/2013 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 05/23/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 10/09/2013 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 11/02/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 02/04/2014 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 10/02/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/30/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/25/2014 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 10/09/2013 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 05/23/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 10/09/2013 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/16/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/23/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 04/24/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 05/22/2014 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 04/05/2014 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 10/09/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 10/09/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 07/24/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/09/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 11/22/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 06/25/2013 |

EXHIBIT B

NOH16

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/31/2014 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 10/09/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 05/23/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 05/23/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  50**

EXHIBIT B

NOH16